# ALABAMA COURT OF CRIMINAL APPEALS



March 28, 2025

**CR-2023-0493**

Anthony Jamal Hill v. State of Alabama (Appeal from Tuscaloosa Circuit Court: CC-18-2251)

## <u>NOTICE</u>

You are hereby notified that on March 28, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk